UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **APRIL CLARK,** | : |
| Plaintiff, | : Case No. 2:23-cv-4206 |
| v. | : Chief Judge Algenon L. Marbley |
| | : Magistrate Judge Kimberly A. Jolson |
| **CVS HEALTH PHARMACY, INC.,** *et al.*, | : |
| Defendants. | : |

## ORDER

On December 20, 2023, Plaintiff filed a Complaint with this Court and a Motion to Proceed *in forma pauperis*. (ECF Nos. 1, 1-1). On January 25, 2024, the Magistrate Judge issued a Report and Recommendation ("R&R") granting Plaintiff's request to proceed *in forma pauperis* but recommending that this Court dismiss Plaintiff's complaint for failure to state a claim. (ECF No. 3). Plaintiff was advised of her right to object to the R&R within fourteen days and of the rights she would waive by failing to do so. (*Id.*).

This Court has reviewed the R&R. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** the R&R (ECF No. 3) and **DISMISSES** Plaintiff's complaint.

IT IS SO ORDERED.

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:** February 13, 2024