IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| APRIL CLARK, | : |
| Plaintiff, | : Case No. 2:23-cv-4206 |
| | : |
| v. | : Chief Judge Algenon L. Marbley |
| | : |
| CVS HEALTH PHARMACY, INC. *et al.*, | : Magistrate Judge Kimberly A. Jolson |
| | : |
| Defendants. | : |

### ORDER

On February 13, 2024, this Court entered an Order (ECF No. 6) adopting the Magistrate Judge's Report and Recommendation ("R&R") in this case, (ECF No. 3), and dismissing Plaintiff's claims. At the time of its Order, Plaintiff had not filed any objections to the Magistrate Judge's R&R, and the time allotted for Plaintiff to do so had elapsed. Unbeknownst to this Court, however, shortly before issuing its Order, the Clerk's office docketed a Motion from Plaintiff for an Extension of Time to File Objections to the Magistrate Judge's R&R, citing a sudden death in her family. (ECF No. 5). For these reasons, the Order adopting the Magistrate Judge's R&R and the Clerk's Judgment (ECF No. 7) are **VACATED** and the case is **REOPENED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: February 15, 2024

1